**STATE of Minnesota,
Petitioner, Appellant,**

v.

**Seldon Paul FORMO, Respondent.**

**No. C9–87–554.**

Supreme Court of Minnesota.

July 28, 1988.

### ORDER

AMDAHL, Chief Justice.

WHEREAS, by order of this court filed on February 17, 1988, the petition of the State of Minnesota for further review of a decision of the Court of Appeals was granted; and

WHEREAS, upon further consideration, it now appears that the petition was improvidently granted;

IT IS HEREBY ORDERED that the appeal of the State of Minnesota, and the

cross petition of Seldon Formo, be, and the same are dismissed.